The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JILL REDING, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> LINDSAY WINDOWS WASHINGTON, <br><br> Garnishee. | NO. 3:22-mc-5001-BHS <br><br> (3:11-CR-5354-1) <br><br> **Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Lindsay Windows Washington is relieved of further responsibility pursuant to this garnishment.

//

**ORDER TERMINATING GARNISHMENT PROCEEDING** (*USA v. Jill Reding and Lindsay Windows Washington*-1)-1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 6th day of February, 2023.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kyle A. Forsyth
_____
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

---

**ORDER TERMINATING GARNISHMENT PROCEEDING (***USA v. Jill Reding and Lindsay Windows Washington***-1)-2**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970